US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 09 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                            **PLAINTIFF**

vs.                                       Civ. No. 11-3078

**HARP & ASSOCIATES REAL ESTATE SERVICES**            **DEFENDANTS**

## COMPLAINT FOR DISABILITY DISCRIMINATION

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following complaint for disability discrimination against the following defendant:

Harp & Associates Real Estate Services, LLC
300 S. Main St.
Harrison, AR 72601.

We are currently litigating an unlawful detainer claim in state court, and they are being represented by Cathy Golden, who can be served with the complaint (if the Marshal so chooses) with the mailing address of

Sprott & Golden Law Firm
P.O. Box 1800,
Harrison, AR 72601

### Jurisdiction

This court has "federal question" jurisdiction, as it is a complaint for disability discrimination in violation of Section 504 of the Rehabilitation Act. The Defendants are bound by this statute because they participate in the Federal Housing Choice Vouchers program (also known as "Section 8 Federal Housing Benefits").

### Facts

1. Defendants and I are engaged in an apartment rental lease, which began in the month of August, 2008.

2. On February 15, 2011, Defendants served me with a notice of eviction, alleging unsanitary conditions and fire hazards due to a large number of electrical devices being plugged in.

3. However, these allegations were factually inaccurate, and I can prove that they are factually inaccurate. I will submit enough evidence to prove it when it comes time for my 26(a) initial disclosures.

4. I was receiving Section 8 Federal Housing Benefits at the time. Therefore, I had the right to only be evicted for "just cause."

5. I solicited the services of Legal Aid of Arkansas and obtained a stay on the eviction, due to the factual inaccuracy of these allegations.

6. On May 31, 2011, the Defendants still issued me a notice that they were not renewing my lease (which ended on June 30, 2011).

7. I am most commonly discriminated against because of my Asperger Syndrome. Since the reasons that are actually *given* for my eviction are factually inaccurate, then my Asperger Syndrome becomes the next most likely explanation for their eviction.

8. Defendants knew about my Asperger Syndrome. In fact, I told them about this when I first moved into the apartment in August of 2008.

9. Assuming these facts to be true, and in a light most favorable to the Plaintiff, this would constitute "pretext," which is evidence of discrimination.

### Relief Requested

I respectfully pray for the following relief:

1. An injunction ordering them to cease and desist their discriminatory eviction actions.

2. Punitive damages of $50,000.

3. All costs incurred.

## Jury Trial

As I am asking for punitive damages of more than $20, I wish to invoke my Seventh Amendment right and have a trial by jury.

## Conclusion

Wherefore, premises considered, I respectfully pray that the above-requested relief be granted, all costs incurred be awarded, and other relief that the court finds appropriate be awarded.

It is so requested on this 8th day of September, 2011.

*David S Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

7270185353 0004

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

