US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 0 9 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                                    **PLAINTIFF**

vs.                                Civ. No. 11-3028

**HARP & ASSOCIATES REAL ESTATE SERVICES**            **DEFENDANTS**

## MOTION FOR MARSHAL TO SERVE COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for the Marshal to serve the complaint.

As you can see, I am moving for leave to proceed *in forma pauperis*. If this is granted, please have the United States Marshal perfect service of process, per Fed. R. Civ. P. Rule 4(c)(3).

It is so requested, on this 8th day of September, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com