US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 0 9 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**            **PLAINTIFF**

vs.          Civ. No. 11-3078

**HARP & ASSOCIATES REAL ESTATE SERVICES**        **DEFENDANTS**

## MOTION FOR PRELIMINARY INJUNCTION

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for a preliminary injunction, ordering the Defendants to stay enforcement of their current writ of possession against me, and furthermore, to allow me to resume full privileges of this apartment (including receiving Section 8 Federal Housing Benefits) until this case becomes closed.

Defendants obtained a writ of possession for this apartment on September 2, 2011, from the Circuit Court of Boone County, AR – Civil Division. In fact, this is why I am not simply removing that case to federal court, pursuant to 28 U.S.C. § 1441, and filing a counter-claim for discrimination.

I have asked the state court judge – the Honorable Gordon Webb – to stay the execution of that writ pending disposition of this federal case. However, if that motion is denied, I request that you give one in its place.

I stand to be significantly harmed with the prospect of homelessness if this preliminary injunction is not granted. Any damage that is done as a result of me continuing to live here is

By the time you get around to ruling on this motion for preliminary injunction, the writ of possession will likely have already been executed, unless the state court granted the stay. However, in the alternative, I wish for this court to order the Defendants to allow me to resume access to this apartment, with full privileges (including Section 8 Federal Housing Benefits),

effective immediately.

Wherefore, premises considered, I respectfully pray that this preliminary injunction be granted.

*David S Stebbins*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com