UNITED STATES COURT OF APPEALS
FOR THE EIGHT CIRCUIT

NO. 11- 3351

in re David Stebbins ) pro se Petition for Writ
Petitioner ) of Mandamus

## COMPLAINT FOR DISABILITY DISCRIMINATION

Comes now, *pro se* Petitioner David Stebbins, who respectfully submits the following petition for writ of mandamus against the United States District Court for the Western District of Arkansas.

### Relief Sought

I respectfully request that the Respondent be instructed to rule on my petition for leave to proceed *in forma pauperis* in Case No. 11-3078.

### Issues Presented

Respondent has failed to promptly dispose of the business of the court, as required by Canon 3(A)(5) of the Code of Conduct for United States Judges.

### Facts

1. On August 2, 2011, I submitted a complaint alleging disability discrimination against Harp & Associates Real Estate Services, a real estate company in Harrison, Arkansas. The case was given the case number of 11-3058.

2. I also submitted a motion for leave to proceed *in forma pauperis*. I also filed a motion for preliminary injunction.

3. Over a month has passed, and the District Court has failed to act on the IFP petition, or

RECEIVED
OCT 24 2011
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

the motion for preliminary injunction.

4. Motions for leave to proceed *in forma pauperis* are easy to rule on. All they have to decide is that I am indigent, and that I have a case that, assuming the facts to be true and in a light most favorable to the Plaintiff, I could be entitled to recovery.

### Reasons for Issuing the Writ

This writ should be issued because the Respondent has failed to act in a timely manner on a simple, routine motion. This motion is so common that he probably does ten of them a day. Although it has only been a month, that is still far longer than it actually takes to review an application for leave to proceed *in forma pauperis*.

Although the motion for preliminary injunction was not simple or routine, the spirit behind the preliminary injunction still requires an equally swift granting.

### Conclusion

Wherefore, premises considered, I respectfully pray that the petition for writ of mandamus be granted, and the District Court be instructed to rule on the petition for leave to proceed in forma pauperis.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com