# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 28, 2011

Mr. David Anthony Stebbins
1407 N. Spring Road  #5
Harrison,  AR  72601

      RE:  11-3351  In Re: David Stebbins

Dear Sir:

      This will acknowledge receipt of a petition for a writ. Your petition has been assigned the number shown above. However, the matter cannot be referred to the court for a ruling on merits because you have not paid the required $450 docketing fee.

      You should immediately submit a check for the amount, made payable to "Clerk of the United States Court of Appeals for the Eighth Circuit of file a motion for leave to proceed in forma pauperis.  A blank copy of the motion is enclosed for you use if you choose to file." We will hold your petition for thirty days pending receipt of the payment. If the payment has not been received within thirty days of the date of this letter, your petition will be dismissed for failure to pay the fee.

      Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      Michael E. Gans
      Clerk of Court

JMH

Enclosures

cc:    Honorable P. K. Holmes III
      Mr. Christopher R. Johnson

      District Court Case Number:   3:11-cv-03078-PKH

**Caption For Case Number:   11-3351**

**In re: David Anthony Stebbins**

       **Petitioner**

**Addresses For Case Participants:   11-3351**

Mr. David Anthony Stebbins
1407 N. Spring Road  #5
Harrison,  AR  72601

Honorable P. K. Holmes III
Room 1038
30 S. Sixth Street
Judge Isaac C. Parker Federal Building
Ft. Smith, AR  72901

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354