IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                    **PLAINTIFF**

v.                                **CIVIL No. 11-cv-3078**

**HARP & ASSOCIATES REAL ESTATE SERVICES**            **DEFENDANT**

**O R D E R**

       David A. Stebbins submitted this pro se action for filing, alleging Defendant discriminated against him on the basis of his disability. ECF No. 1. Plaintiff has failed to submit the $350.00 filing fee with his Complaint, by has moved to proceed *in forma pauperis* ("IFP"). ECF No. 2. After review of the IFP application, it is hereby **ORDERED** that Plaintiff's IFP application, ECF No. 2, be **GRANTED**.[1]

       **IT IS FURTHER ORDERED**, that the Clerk of Court prepare and issue summons and a USM 285 for the named Defendant and forward those documents to the United States Marshal. The United States Marshal is directed to serve the Defendant. Defendant may be served through its agent of service, Cathy Golden at Sprott & Golden Law Firm, P.O. Box 1800, Harrison, Ar 72601, without prepayment of fees and costs or security therefor. Defendant is ordered to answer or otherwise respond to the petition within twenty-one (21) days from the date of service. The Motion for Service, ECF No. 3, is **DENIED** as moot.

       **IT SO ORDERED this 15th day of November 2011.**

                                                             /s/ *J. Marschewski*
                                                             HON. JAMES R. MARSCHEWSKI
                                                             CHIEF U.S. MAGISTRATE JUDGE

---

[1] The undersigned notes that Plaintiff's Complaint, including the matter of service and application to proceed IFP have been pending since September. However, the undersigned was provided no notice of Plaintiff's Complaint and accompanying motions until the present time, and has ruled upon those motions as received.