U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 21 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                        PLAINTIFF

VS.                         CASE NO. 11-3078

HARP & ASSOCIATES, LLC                                     DEFENDANT

## PETITION FOR SUBPEONA

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following petition for the Court to subpeona the testimony of Lynn O'Neil.

Plaintiff previously resided in Apartment #5 of 1407 N Spring Rd, Harrison, AR 72601, the eviction of which is the discrimination spoken of in the complaint. Ms. O'Neil resides in Apartment #7 of that same complex.

I have previously attempted to secure her voluntary testimony in regards to this case, but she has refused to do so, for fear of retaliation against Harp & Associates, which is her landlord just as it was my own. She had this fear, notwithstanding the statutes which unambiguously protect her from retaliation for participating in a discrimination claim.

At first, I only wished to secure her testimony in proving that I met the third definition of a disability under the ADA, that was regarded by my peers as having a disability (42 U.S.C. § 12102(1)(C)). However, Ms. O'Neil recently confided in me, over email, that she has previously worked in property management, and knows that, although retaliation is illegal, many property managers will do it, anyway, exploiting the technicality that the burden of proof in discrimination cases is often nearly impossible for plaintiffs to meet.

Therefore, there are three things that Ms. O'Neil can be qualified to testify on:

1. I am regarded as having Asperger Syndrome by my peers.
2. I am an otherwise qualified tenant (specifically, she can testify about how I am quiet and

never disturb the neighbors), and

3. She does not believe (to the extent that her opinion is worth anything pursuant to Rule 701 of the Federal Rules of Evidence) that Harp & Associates is above violating discrimination and retaliation laws, expecting legal impunity, in order to get what they want, increasing the likelihood that the discrimination aspect of my discrimination case (as opposed to the "otherwise qualified individual" or "individual with a disability" aspects) is true as written, or substantially similar to as written, in the complaint.

Her previous work in property management will qualify her as an expert witness to testify as to the common behind-closed-doors politics that often occurs in the property management industry.

Wherefore, premises considered, I respectfully pray that Lynn O'Neil be issued a subpeona instructing her to testify about the aforementioned topics in this case.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

David Stebbins
8527 Hopewell Rd
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701