# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-3351

_____

In re: David Anthony Stebbins

Petitioner

------

Petition for Writ of Mandamus
(3:11-cv-03078-PKH)

------

# JUDGMENT

The petition for writ of mandamus has been considered by the court and is denied as moot. Mandate shall issue forthwith

December 01, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans