IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                          PLAINTIFF

v.                                       Case No. 3:11-CV-03078

HARP & ASSOCIATES REAL ESTATE SERVICES                                        DEFENDANT

**O R D E R**

    Currently before the Court is the Report and Recommendations (Doc. 7) filed in this case on November 15, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

    The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Motion for Preliminary Injunction (Doc. 5) is **DENIED**.

    IT IS SO ORDERED this 20th day of December, 2011.

                                               /s/ P. K. Holmes, III
                                               P.K. HOLMES, III
                                               UNITED STATES DISTRICT JUDGE