USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:11-cv-03078-JLH Document 14 Filed 12/21/11 Page 1 of 3 PageID #: 26

# US Department of Justice
## United States Marshals Service

**US DISTRICT COURT**
**WESTERN DIST. ARKANSAS**
**FILED**
**DEC 21 2011**
**CHRIS R. JOHNSON, Clerk**
By _____ Deputy Clerk

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A. Stebbins | 3:11cv3078 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Harp & Associated Real Estate Services | complaint/order/mag notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cathy Golden, Sprott & Golden Law Firm
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
PO Box 1800, Harrison, AR 72601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Honorable James R. Marschewski
Judge Isaac C. Parker Court House
30 South 6th Street, Room 234
Fort Smith, AR 72901

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: Chief Magistrate Judge James R. Marschewski | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-783-7045 | DATE 11/15/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1-1 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk  *Whitney Cripp* | Date 11/16/11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Same as above

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Same as above

| Date 12-13-11 | Time 3:24 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee 55.00 | Total Mileage Charges including *endeavors* — | Forwarding Fee — | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
12-6-2011: Subject not at office
12-8-2011: Sent certified Mail.
12-13-2011: Received return for cert. mail.  P.O. Box 1800 Harrison AR 72601: Certified Mail: 7005 1160 0002 4589 0497
502 North Walnut, Harrison, AR 72606: Certified Mail: 7005 1160 0002 4589 0505

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11CV3078

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cathy Goldman__

was received by me on *(date)* __11-15-11__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent summons by Certified Mail to the address on dsm 285 and to Ms. Goldmans office and received returns on 12-13-2011.

My fees are $ __55.00__ for travel and $ __—__ for services, for a total of $ __55.00__ 0.00.

I declare under penalty of perjury that this information is true.

Date: __12-13-2011__

_____
Server's signature

Byrum Claude M. OUSM
Printed name and title

35 E. Mountain St. Suite 101
Fayetteville, AR 72701
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATTN: Catherine Golden
   P.O. Box 1800
   Harrison, AR 72601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): J Scott
C. Date of Delivery: DEC -9 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 4589 0499

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATTN: Catherine F. Golden
   502 North Walnut
   Harrison, AR 72601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Catherine F Golden    ☐ Agent   ☒ Addressee

B. Received by (Printed Name): Catherine F Golden
C. Date of Delivery: 12-9-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 4589 0505

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540