IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                              PLAINTIFF

VS.                           NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                 DEFENDANT

### NOTICE OF APPEARANCE

Edwin L. Lowther, Jr. and Matthew A. Glover, Wright Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, enter their appearance as counsel for defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services").

                                        WRIGHT, LINDSEY & JENNINGS LLP
                                        200 West Capitol Avenue, Suite 2300
                                        Little Rock, Arkansas 72201-3699
                                        (501) 371-0808
                                        FAX: (501) 376-9442
                                        E-MAIL: elowther@wlj.com

            By _____
                  Edwin L. Lowther, Jr. (81107)
                  Matthew A. Glover (2008196)
                  Attorneys for Defendant

1103050-v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on December 30, 2011, I mailed the foregoing by first class mail to the following:

David Stebbins
8527 Hopewell Road
Harrison, AR 72601

_____
Edwin L. Lowther, Jr.