IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                    PLAINTIFF

VS.                                    NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                        DEFENDANT

### NOTICE OF APPEARANCE

Matthew A. Glover, Wright Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, enters his appearance as counsel for defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services").

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: mglover@wlj.com

By _____
Edwin L. Lowther, Jr. (81107)
Matthew A. Glover (2008196)
Attorneys for Defendant

1103456-v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on January 4, 2012, I mailed the foregoing by first class mail to the following:

David Stebbins
8527 Hopewell Road
Harrison, AR  72601

_____
Matthew A. Glover