IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

v.                                       CIVIL No. 11-cv-3078

HARP & ASSOCIATES REAL ESTATE SERVICES                         DEFENDANT

**O R D E R**

Now before the Court is Plaintiff's Motion for Subpoena, ECF No. 11, in which Plaintiff requests that the Court issue a subpoena for Lynn O'Neil. This Motion has been referred to the undersigned by the Honorable Paul K. Holmes, III, United States District Court Judge for the Western District of Arkansas.

It appears Plaintiff is requesting a subpoena be issued for trial. On January 6, 2012, a Scheduling Order was issued in the above-styled case, setting this case for a jury trial during the week of January 14, 2013, with a final Scheduling Order to issue on or about April 5, 2012. ECF No. 18. Accordingly, the Court finds Plaintiff's Motion for a Subpoena to issue for Lynn O'Neil's presence at trial is premature at this time. As such, Plaintiff's Motion for Subpoena, ECF No. 11, is **DENIED at this time**. This Order shall in no way prejudice the re-filing of such a motion after the Final Scheduling Order has been issued.

**IT SO ORDERED this 9th day of January 2012.**

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE