IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

VS.                                    NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                   DEFENDANT

## JOINT RULE 26(F) REPORT

Plaintiff David A. Stebbins and defendant Harp & Associates LLC (incorrectly sued as Harp & Associates Real Estate Services) submit the following information as required by Fed. R. Civ. P. 26(f) and Local Rule 26.1:

(1) <u>Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).</u>

No.

(2) <u>Date when mandatory disclosures were or will be made.</u>

Disclosures as listed in Fed. R. Civ. P. 26(a) will be made within three weeks of the filing of this report.

(3) <u>Subjects on which discovery may be needed.</u>

(a) Details of plaintiff's claim of disability discrimination.

(b) Details of plaintiff's assertion that he suffers from Asperger Syndrome.

(c) Facts relating to the terms, conditions, and circumstances of the non-renewal of plaintiff's lease as alleged in the complaint.

(d) Details of and facts relating to defendant's actions involving plaintiff.

(e) Damages and mitigation.

(4) Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

    (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

    Yes.

    (b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

    Not applicable.

    (c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

    Any data will be produced in paper or computer disc form.

    (d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

    Yes.

    (e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

    None at this time.

(5) Date by which discovery should be completed.

October 16, 2012.

(6) Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

None anticipated.

(7) Any Orders, e.g. protective orders, which should be entered.

The parties agree that a protective order may be necessary pertaining to discovery involving third parties and other matters or information that should be limited to use in this litigation.

(8) Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

Aside from the issue cited in item 7, there are no objections.

(9)  Any objections to the proposed trial date.

None.

(10) Proposed deadline for joining other parties and amending the pleadings.

October 16, 2012.

(11) Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial.)

October 16, 2012.

(12) Proposed deadline for filing motions other than motions for class certification. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)

November 15, 2012.

(13) Class certification: Proposed deadline for the parties to file a motion for class certification.

Not applicable.

(14) Unresolved issues.

None at this time.

| | |
|---|---|
| Mr. David Stebbins<br>8527 Hopewell Road<br>Harrison, Arkansas 72601<br>(870) 204-6024<br>EMAIL: stebbinsd@yahoo.com | WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201-3699<br>(501) 371-0808<br>FAX: (501) 376-9442<br>E-MAIL: mglover@wlj.com |
| By _____ [1]<br>    David Stebbins<br>    *Pro Se* | By /s/ Matt A. Glover<br>    Edwin L. Lowther, Jr. (81107)<br>    Matthew A. Glover (2008196)<br>    Attorneys for Defendant |

---

[1] Mr. Stebbins has consented to this Joint Report, although his signature could not be obtained prior to filing.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on March 16, 2012, I served a copy of the foregoing via email and first class mail to the following:

David Stebbins
8527 Hopewell Road
Harrison, AR 72601
stebbinsd@yahoo.com

_____
Matthew A. Glover