IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

V.                                     NO.  11-3078

HARP & ASSOCIATES
REAL ESTATE SERVICES                                              DEFENDANT

## FINAL SCHEDULING ORDER

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1.     TRIAL DATE**

This case is scheduled for **JURY TRIAL** in **HARRISON, ARKANSAS**, at the call of the Court

during the week of **January 14, 2013, beginning at 9:00 a.m.**  Counsel are directed to report to **the**

**second-floor Courtroom (Room 231)** at **9:00 a.m.** on the date of trial unless otherwise notified.

**2.     DISCOVERY**

Discovery should be completed no later than **October 16, 2012.**  The parties may conduct

discovery beyond this date if all parties are in agreement to do so; however, the Court will not

resolve any disputes in the course of this extended discovery.  All discovery requests and motions

must be filed sufficiently in advance of that date to allow for a timely response.  Witnesses and

exhibits not identified in response to appropriate discovery may not be used at trial except in

extraordinary circumstances.  The Court will not grant a continuance because a party does not have

time in which to depose a witness, expert or otherwise.

A discovery motion must not be filed until counsel has made a good faith effort to resolve

the discovery dispute.  Upon filing of such motion, a response should be filed promptly.  A

conference call will be scheduled to resolve such matters if the Court deems it necessary.

**3.     ADDITION OF PARTIES/AMENDMENT OF PLEADINGS**

Leave to add parties or amend pleadings must be sought no later than **October 16, 2012.**

**4.     MOTIONS DEADLINE**

All motions, except motions in limine, must be filed on or before **November 15, 2012.** Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Local Rules 7.2 and 56.1. Motions in limine must be filed on or before **December 31, 2012** and responses must be filed seven (7) days thereafter. Motions submitted after the deadline may be denied solely on that ground.

Local Rule 7.2(b) provides: "Within fourteen (14) days from the date copies of a motion and supporting papers have been served upon him, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities." Except for motions for summary judgment, leave of court must be obtained to file a reply in support of a motion. A reply filed without leave of court will not be considered. A reply to a response to a motion for summary judgment must be filed within seven (7) days from the date of the response.

5.      **PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **December 21, 2012.** That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

6.      **DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **December 21, 2012.** Counter-designations must be made by **January 4, 2013.** These designations need not be filed with the Court but should be exchanged by the parties. Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **January 7, 2013**, with the response due **January 11, 2013.** Depositions to be read at trial must be marked as exhibits.

7.      **JURY INSTRUCTIONS AND STATEMENT OF THE CASE**

The parties must confer regarding the proposed instructions in an attempt to narrow areas of disagreement and must submit an AGREED set of instructions on specific issues in the case to the Court on or before **January 7, 2013.** Standard instructions from AMI, Eighth Circuit, or Federal

2

Jury Practice and Instructions (5th Edition), as applicable, should be used whenever possible and should be noted at the end of each instruction.  NOTE: DO NOT include the standard opening and closing instructions.  A party requesting an instruction that cannot be agreed upon must submit that instruction to the Court and to opposing counsel, setting out the disagreement by the same date. Instructions may be submitted in WordPerfect format electronically to *pkhinfo@arwd.uscourts.gov*.

Each party must submit to the Court by that same date a concise statement of the case, no more than one page in length, that it proposes would be proper to read to the panel of venire persons during voir dire, and also any proposed voir dire questions it wishes the Court to pose to the panel.

**8.     STIPULATIONS**

The parties should stipulate in writing to the facts not in controversy seven (7) days before the trial date.

**9.     INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence.  Exhibits must be made available to all parties and reviewed by counsel prior to the trial date.  The lists must be submitted to the Courtroom Deputy one (1) day before the beginning of trial, with notations made on the Court's copy noting exhibits to which there is an objection.

**10.    COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please communicate with Jane Ann Short, Courtroom Deputy, at 479-783-1466, or *jane_ann_short@arwd.uscourts.gov*, to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise Ms. Short immediately.  The case will not be removed from the trial docket until an order of dismissal has been entered.

DATED:       March 19, 2012

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

By:  /s/ Jane Ann Short
                Courtroom Deputy

3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

_____
PLAINTIFF
V.

CASE NO._____

_____
DEFENDANT

## WITNESS LIST FOR _____
Plaintiff/Defendant

| Date | For Plaintiff or Defendant | Witness Name | Via Deposition |
|------|----------------------------|--------------|----------------|
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |
|      |                            |              |                |

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

_____

PLAINTIFF

**V.**

_____

DEFENDANT

_____ **EXHIBIT LIST**

CASE NO._____

| PRESIDING JUDGE Hon. P. K. Holmes, III | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER Rick Congdon | COURTROOM DEPUTY Jane Ann Short |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
|-----------|-----------|--------------|---------|-------|----------|-------------------------|
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |
|           |           |              |         |       |          |                         |