U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 23 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                      **PLAINTIFF**

VS.                            **CASE NO. 11-3078**

**HARP & ASSOCIATES, LLC**                            **DEFENDANT**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that Defense Counsel was served with my first request for admissions, first interrogatory, and first request for production by emailing them to mglover@wlj.com on March 17, 2012.

*David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com