U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 2 3 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                                 **PLAINTIFF**

VS.                                   **CASE NO. 11-3078**

**HARP & ASSOCIATES, LLC**                                              **DEFENDANT**

### NOTICE OF CHANGE OF ADDRESS

I, *pro se* Plaintiff David Stebbins, do hereby certify that I now reside at the address listed in the signature of this pleading.

So certified this 21st day of March, 2012.

*David S. Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com