IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                    PLAINTIFF

VS.                              NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                          DEFENDANT

### DEFENDANT'S MOTION TO DISMISS

Defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services"), by and through its attorneys Wright, Lindsey & Jennings LLP, for its motion to dismiss the complaint of plaintiff David Stebbins, states:

1. Plaintiff David Stebbins filed his complaint in the instant action on September 9, 2011, alleging disability discrimination under Section 504 of the Rehabilitation Act against Harp & Associates.

2. Plaintiff's complaint seeks punitive damages and injunctive relief.

3. Plaintiff is not entitled to punitive damages under the Rehabilitation Act, based on relevant federal case law and established precedent. Thus, his complaint fails to state a claim for punitive damages.

4. Plaintiff's request for injunctive relief—which is the primary thrust of his complaint and the primary relief he seeks—is now moot, since he moved out of the apartment at issue in his complaint. Plaintiff's claim for injunctive relief thus fails to present a justiciable controversy, and this Court lacks subject-matter jurisdiction over his complaint.

5. Finally, plaintiff's complaint seeks federal court review of a decision or ruling of the Circuit Court of Boone County, Arkansas. Federal court review of state court decisions

is precluded by the *Rooker-Feldman* doctrine, which is broader than claim or issue preclusion as it does not depend on a final judgment on the merits. Accordingly, plaintiff's complaint should be dismissed in its entirety.

6. Accordingly, plaintiff's complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) and relevant federal law.

7. Defendant supports the instant motion with the following:

    a. Ex. 1, Order of Boone County Circuit Court dated September 3, 2011;

    b. Ex. 2, Orders of Boone County Circuit Court dated January 17, 2012; and

    c. a brief in support filed contemporaneously herewith and incorporated herein.

WHEREFORE, defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services") prays that the Court dismiss plaintiff's complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) and relevant federal law; for its attorneys' fees and costs incurred in having to defend plaintiff's meritless and vexatious litigation; and for all other just and proper relief to which it is entitled.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: elowther@wlj.com
mglover@wlj.com

By _____
Edwin L. Lowther, Jr. (81107)
Matthew A. Glover (2008196)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on March 28, 2012, I sent a copy of the foregoing via first class mail and email to the following:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbinsd@yahoo.com

_____
Matthew A. Glover