IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CIVIL DIVISION

HARP & ASSOCIATES, LLC ........................................................ PLAINTIFF

V.                                           CV 2011-171-4

DAVID A. STEBBINS ................................................................ DEFENDANT

11CO71-61
FILED FOR RECORD
09/06/2011  8:03AM
JEANNIE STEEN Clerk
By _____ D.C.

### ORDER

On the 29th day of August, 2011, the Court being duly opened and in session in Harrison, Arkansas, the Complaint for Unlawful Detainer having come on for hearing, and the Motions referred to below having been taken under advisement; the Plaintiff, Harp & Associates, LLC, appearing through its attorney of record, Catherine F. Golden; the Defendant, David A. Stebbins, appearing *pro se*; the Court having considered the record herein, including the testimony of Stephanie Sanders, and the pleadings, exhibits, stipulations and arguments of counsel and the *pro se* parties herein, the Court adopts the findings of fact and conclusions of law set out in its letter of August 30, 2011 and filed in the case file herein, all of which are incorporated herein by reference.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion to Dismiss is denied; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant's Motion to Confirm the Arbitration Award is denied; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff's request for a Writ of Possession is granted. The Clerk shall issue a Writ of Possession in form as set out in the attached Exhibit A on the 12th day of September, 2011, to be enforced as soon thereafter as possible by the Sheriff of Boone County.

EXHIBIT 1

ORDER

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant shall make arrangements to vacate the premises in a timely and orderly manner within ten days and is specifically enjoined from making any waste to or upon the premises.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant shall have ten days to answer the Complaint for Unlawful Detainer, and the balance of this action will be set down on the Court docket to hear the issue of damages with respect to the Defendant's having held over unlawfully.

Entered this 3rd day of September, 2011.

_____
JUDGE GORDON WEBB

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CIVIL DIVISION

HARP & ASSOCIATES, LLC                                           PLAINTIFF

V.                              CV 2011-171-4

DAVID A. STEBBINS                                                DEFENDANT

### WRIT OF POSSESSION

THE STATE OF ARKANSAS TO THE SHERIFF OF BOONE COUNTY, ARKANSAS:

Pursuant to the Order of the Honorable Gordon Webb, Circuit Judge, entered in these proceedings, you are commanded to take from the possession of the Defendant herein, and to deliver to the possession of Plaintiff, without delay, the following property in Boone County, Arkansas:

1407 N. Spring Rd., Apartment 5, Harrison, Arkansas 72601.

And you shall make due return of this writ and summons.

WITNESS my hand and seal as Clerk of the Circuit Court of Boone County, Arkansas, on September 12, 2011.

Jeannie Steen, Circuit Clerk

By: _____