IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                  PLAINTIFF

VS.                            NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES              DEFENDANT

### MOTION FOR LEAVE TO WITHDRAW

Matthew A. Glover hereby submits his motion for leave to withdraw as attorney of record for Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services"), and for grounds states:

1. The undersigned will be leaving the private practice of law and the law firm of Wright, Lindsey & Jennings LLP, effective March 30, 2012.

2. Harp & Associates will continue to be represented by Edwin L. Lowther of Wright, Lindsey & Jennings LLP, currently attorneys of record for Harp & Associates.

WHEREFORE, Matthew A. Glover prays that the Court grant his motion for leave to withdraw as attorney of record for Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services").

1116749-v1

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: elowther@wlj.com
mglover@wlj.com

By _____
Edwin L. Lowther, Jr. (81107)
Matthew A. Glover (2008196)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on March 30, 2012, I sent a copy of the foregoing via first class mail and email to the following:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601
stebbinsd@yahoo.com

_____
Matthew A. Glover