IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

VS.                              NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                               DEFENDANT

## NOTICE OF APPEARANCE

Seth R. Jewell, attorney with Wright Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, enters his appearance as counsel for defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services").

                                    WRIGHT, LINDSEY & JENNINGS LLP
                                    200 West Capitol Avenue, Suite 2300
                                    Little Rock, Arkansas 72201-3699
                                    (501) 371-0808
                                    FAX: (501) 376-9442
                                    E-MAIL: elowther@wlj.com

By /s/ *signature*
      Edwin L. Lowther, Jr. (81107)
      Seth R. Jewell (2011175)
      Attorneys for Defendant

1116782-v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 3rd, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Additionally, I certify that on April 3rd, 2012, I mailed the foregoing by first class mail to the following:

David Stebbins
8527 Hopewell Road
Harrison, AR 72601

_____
Seth R. Jewell