FILED
˙₊ᴴN DISTRICT ARKA˙˙
APR 19 2012
CHRIS R. JOHNSON, CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                              **PLAINTIFF**

VS.                          **CASE NO. 11-3078**

**HARP & ASSOCIATES, LLC**                                      **DEFENDANT**

## MOTION TO COMPEL DISCOVERY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to compel discovery.

Defendant has raised several objections to my discovery, none of which have merit. These objections should be overruled and Defendant compelled to provide the requested discovery. I have attempted to resolve this discovery dispute without court action, but Defendant has not responded to my pleas as of the time of this writing.

Please find enclosed the following exhibits:

**Exhibit A**: A copy of Defendant's response to my interrogatories and requests for production.

**Exhibit B**: The email I sent to Defense Counsel attempting to resolve the discovery dispute without court action, and

**Exhibit C**: A legal treatise that I found on the Internet to assist me in my legal arguments.

Wherefore, premises considered, I respectfully request that Defendant's discovery objections be overruled, and that Defendant be ordered to provide the requested discovery.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

