Exh. B

| | |
|---|---|
| **Subject:** | Re: David A. Stebbins v. Harp & Associates Real Estate Services; U.S.D.C., W. D. of Arkansas, Case No. 3:11-CV-3078 -- Discovery Responses |
| **From:** | David Stebbins (stebbinsd@yahoo.com) |
| **To:** | SJewell@wlj.com; |
| **Date:** | Monday, April 16, 2012 4:00 PM |

Lowther, your objections are frivolous. I have done these discovery requests many times, and I've always gotten something out of them.

My discovery requests are not "broad" or "confusing." I even went out of my way to provide explanations for them *in the discovery requests*! If (and this is a big if) you can *qualify* these objections by giving at least two reasonable interpretations to each, then I would be more than happy to clarify, but you have not done that All you have done is just "claim" that it is confusing. It makes me wonder if you are doing that deliberately!

Also, I am NOT seeking information that is protected by attorny-client bullshit! Again, you're just looking for an excuse not to answer!

You have 24 hours to produce the discovery responses I requested, and I don't give a damn if you're in trial, because you should have thought about that before.

---

**From:** Seth R. Jewell <SJewell@wlj.com>
**To:** "'stebbinsd@yahoo.com'" <stebbinsd@yahoo.com>
**Cc:** Stuart Jackson <wjackson@wlj.com>; Ed Lowther <ELowther@wlj.com>
**Sent:** Monday, April 16, 2012 9:48 AM
**Subject:** David A. Stebbins v. Harp & Associates Real Estate Services; U.S.D.C., W. D. of Arkansas, Case No. 3:11-CV-3078 -- Discovery Responses

Mr. Stebbins -

Please find Harp's responses to your Requests for Admission, Requests for Production of Documents and Interrogatories in the above referenced matter. We have also sent a copy of these responses to you by U.S. Mail at the following address:

David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

Thanks,
**Seth R. Jewell**
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300 • Little Rock, Arkansas 72201
Phone: 501.212.1224 • Fax: 501.376.9442
E-Mail: sjewell@wlj.com • www.wlj.com
Confidentiality Notice
This message and the accompanying documents may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.