

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                          CASE NO. 11-3078

HARP & ASSOCIATES, LLC                                          DEFENDANT

### REPLY TO RESPONSE TO MOTION TO COMPEL DISCOVERY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Defendant's response to my Motion to Comepl Discovery.

**Parts inquired into are not discrete.**

Defendant argues that the admissions I ask them to account for their denials of are "discrete." This is not true. They are all very closely related.

At the very least, there are no more than three discrete subparts. Admissions #2 and #3 relate to my status as a disabled person; Admissions #4 through #9 directly relate to whether or not I am "otherwise qualified" to be their tenant, and Admissions #9 through #13 relate to proving that the reasons given for the eviction (the fire danger) are pretextual.

**Defendant's example of vagueness is both untimely and without merit.**

First of all, when Defendant gives the example of how my interrogatories were vague, that just begs the question... why couldn't they just give that example from the very beginning? They could have *at least* given their example when I was attempting to resolve this discovery dispute without court intervention. Instead, they come waltzing in at the eleventh hour with their explanation; their objection should be overruled for that reason alone.

Secondly, the example they gave has already been explained. As you can see from Page 3 of Exhibit A of my motion to compel discovery (Document #30), I explained away their confusion: "Remember, responses to interrogatories are made under oath, so stand by your

denials at your own risk." They can stand by their denials, but they do so under penalty of perjury, so they should be cautious in doing so.

Therefore, Defendant's objection is entirely frivolous, as I already explained their confusion away, before they even raised the objection to begin with.

> **"Additionally, it is not clear which allegations in the Complaint or Request for Admissions require an explanation."**

Yes it is. I used the exact word "everything." If that does not tell them what elements I want an explanation over, they are simply idiots.

### Conclusion

Wherefore, premises considered, I respectfully request that the motion to compel discovery be granted.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W Ridge St
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St
Room 510
Fayetteville, AR 72701