WESTERN DISTRICT COURT
ARKANSAS
FILED
JUL 18 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                          PLAINTIFF

VS.                         CASE NO. 11-3078

HARP & ASSOCIATES, LLC                                          DEFENDANT

### CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, do hereby certify under penalty of perjury that a true and correct copy of my Second Request for Admissions, Second Interrogatory, and Second Request for Production, were served on Defense Counsel on July 17, 2012.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com