IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                        PLAINTIFF

v.                              Civil No. 11-3078

HARP & ASSOCIATES LLC                                                         DEFENDANT

## ORDER

The Clerk is directed to note on the docket sheet that the correct name for the Defendant is Harp & Associates LLC.

IT IS SO ORDERED this 30th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**