U.S. District Court for the Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 06 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

David Stebbins
vs
Harp & Associates, LLC

Case No. 11-3078

Plaintiff

Defendant

## OBJECTION TO R&R

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following objection to the Magistrate Judge's report and recommendation.

I filed a supplement to Defendant's motion to dismiss that Marchewski clearly seems to ignore. In it, I pointed out that there were plenty of possible remedies the court could give me that would not violate the writ of possesion. They could rent to me <u>another</u> apartment!

In fact, by Marchewski's own admission, I can also obtain <u>damages</u> against defendant, placing me in an economic position equal to or greater than what I was before, if I can prove intent. See Meagley v. City of Little Rock. That right there is relief that the court can give me without violating the writ of possession. The courts should only dismiss the case if there is <u>no</u> relief <u>at all</u> that can be granted, and I have just shown how that is not the case.

Besides, Marchewski errs in holding that the Rooker-Feldman doctrine even applies in the first place. Why? Because if it does, the Fair Housing Act ceases to have any meaning at all! If a tenant voluntarily leaves, they loose federal protection <u>that</u> way. But if tenant is forced out, the Rooker-Feldman doctrine would stop the case. If the tenant were to file a counter-claim in the state court, alleging violations of the AR Civil Rights Act, the Supreme Court could not review the decision for lack of a <u>federal</u> question. Therefore, to apply the Rooker-Feldman doctrine in this case would render the Fair Housing Act <u>entirely</u> meaningless. The doctrine <u>must</u> be ignored in this case due to overriding public policy.

Wherefore, premises considered, I request that the report and recommendation be ~~granted~~ rejected.

David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
1407 N. Spring Rd.
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701