IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                PLAINTIFF

VS.                              CASE NO. 11-3078

HARP AND ASSOCIATES, LLC                              DEFENDANT

### NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my new address is listed below.

So certified this 17th day of September, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



POSTAGE REQUIRED.

FIRMLY

**UNITED STATES POSTAL SERVICE® Click-N-Ship®**

P
usps.com $4.90
US POSTAGE
Flat Rate Env

9405 5036 9930 0141 8461 08 0049 0001 0117 2701



09/17/12

Commercial Base Pricing
Mailed from 72601   062S0000001311

## USPS PRIORITY MAIL®

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

0006

SHIP TO: U.S. DISTRICT COURT
35 E MOUNTAIN ST
STE 510
FAYETTEVILLE AR 72701-5353



**ZIP - e/ USPS DELIVERY CONFIRMATION™**



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749

