IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                          PLAINTIFF

V.                                         NO.  3:11-CV-03078

HARP & ASSOCIATES, LLC                                                                            DEFENDANT

O R D E R

Before the court is the Plaintiff's Motion to Compel (ECF No. 35) dated June 12, 2012. The Defendant filed a Response (ECF No. 36) on June 25, 2012.  The court has issued a Report and Recommendation (ECF No. 40) on August 30, 2012 recommending that the Plaintiff's complaint be dismissed.

For the reasons stated in the Report and Recommendation previously filed the Plaintiff's Motion to Compel is **DENIED**.

IT IS SO ORDERED this September 26, 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+