IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                            PLAINTIFF

v.             Civil No. 11-3078

HARP & ASSOCIATES LLC                          DEFENDANT

### ORDER

The Court has recommended dismissal of this case (Doc. 40). Both sides filed motions to compel (Docs. 30 & 35). Both motions (Docs. 30 & 35) are denied as moot in view of the filing of the report and recommendation.

IT IS SO ORDERED this 1st day of November 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)