U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 07 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                                                   PLAINTIFF

VS.                                  CASE NO. 11-3078

HARP & ASSOCIATES, LLC                                         DEFENDANT

## MOTION FOR CONTINUANCE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to continue the above-mentioned civil action. Plaintiff hereby states the following:

1. That this case is currently set for jury trial on January 14, 2013.

2. That the Defendants have moved the Court to dismiss this action under the Rooker-Feldman doctrine.

3. That said Motion to Dismiss has the potential to immediately dispose of this case.

4. That, because of this court's recent influx of multiple cases (many of them criminal in nature), it needs more time than it normally needs to consider the Motion to Dismiss.

5. That, in a similar situation, in Case No. 11-3057, this Court has granted motions to continue the trial when it needed more time to consider a dispositive motion (in that case, some conflicting motions for summary judgment).

Therefore, Plaintiff hereby requests that this Court cancel the current trial date in this case, and reschedule it for jury trial at a later date in the event that the Defendant's Motion to Dismiss is denied.

Plaintiff has conferred with Defense Counsel regarding this motion to continue; Defendant, according to Counselor Seth Jewell, has no objections to this motion.

Wherefore, premises considered, Plaintiff – with Defendant's blessing – hopes[1] that this

---
[1] For future reference, I refuse to "pray" to the Court because praying to a mortal seems sacrilegious to me.

motion for continuance be granted, and to all other relief to which the Plaintiff may be entitled.

It is so requested on this 6th day of December, 2012.

*David Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com