UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

WESTERN DISTRICT COURT
DIST ARKANSAS
FILED
FEB 0 1 2013
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

**DAVID STEBBINS**                                                              **PLAINTIFF**

VS.                                       **CASE NO. 11-3078**

**HARP & ASSOCIATES, LLC**                                **DEFENDANT**

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following notice of appeal. The District Court erred in granting Defendant's Motion to Dismiss.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

