IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

    v.                    Civil No. 11-3078

HARP & ASSOCIATES LLC                                                                   DEFENDANT

## **ORDER**

Plaintiff has filed a motion for leave to proceed *in forma pauperis* (IFP)(Doc. 48) on appeal. The motion (Doc. 48) is granted.

IT IS SO ORDERED this 4th day of February 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)