U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 2 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                                                   **PLAINTIFF**

VS.                                **CASE NO. 11-3078**

**HARP & ASSOCIATES, LLC**                          **DEFENDANT**

## MOTION TO SET ASIDE JUDGMENT AND DISQUALIFY JUDGE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to set aside the judgment in the above-styled action on the grounds of judicial bias against the Plaintiff.

1. Plaintiff has filed a large number of lawsuits, although Plaintiff denies that any of them were frivolous.

2. Despite the lack of frivolousness of the lawsuits Plaintiff has filed, this Court has nonetheless saw fit to hold an animus against Plaintiff for the large quantity of lawsuits filed. Specifically, in Case Nos. 12-3130 and 12-3131, in Docket Entries #7 and #6 respectively, Magistrate Judge Marchewski decided to finally air his animus about the lawsuits Plaintiff has filed, and request that Plaintiff be forever barred from obtainin *in forma pauperis* status in this Court ever again.

3. Marchewski's recommendation is without legal merit, for the reasons contained in Plaintiff's objection to that report and recommendation.

4. However, for the sake of this motion, that is not the point. The point is... Marchewski has *admitted* to having an animus against Plaintiff. Justified or not, he has this animus. Period.

5. If he had this animus on February 6, 2013 (the date where the above-mentioned Reports & Recommendations were filed and uploaded to Pacer), it is reasonable to assume that he has had this animus all along... or at the very least, that it had built up over time until he got fed up

and decided to publicly announce his animus. If that is the case, then we have to assume that the animus was present during the above-styled action against Harp & Associates.

6. Further, if we are to accept that the animus was present in this case, we have to acknowledge at least the *possibility* that it affected his judgment and perception of facts to the detriment of the Plaintiff. Even if Judge Marchewski denies invoking his animus in his decisions in this case, he has no way of knowing whether or not his animus had *subconsciously* clouted his judgment.

7. For this reason, Magistrate Judge Marchewski should have removed himself from the proceedings. It does not matter if his animus was justified or not; it only matters that the animus was there, and that it was possible for the animus to have affected his judgment.

8. Think about it this way: If someone is charged with the sex-trafficking across state borders of a woman who happened to be Marchewski's granddaughter, Marchewski would thus have every right in the world to have an animus against the Defendant. However, he would nonetheless have to recuse himself from the case, no matter how justified his animus is. Why? Because the right to an impartial judiciary is one of the few rights enjoyed by citizens of this nation that is truly absolute; even the right to free speech has a few exceptions that pop up from time to time, but a person's right to an impartial judiciary cannot be taken from him under any circumstances whatsoever.

9. Marchewski's duty to remove himself from this proceeding is even more profound, considering the fact that he is *not* justified in holding this animus. Why not? Because he considers a frequent exercise of a right to be synonymous with abuse of that right. Yeah, that *still* does not make any sense; HOW DO YOU ABUSE A RIGHT JUST BY EXERCISING THE RIGHT IN OTHERWISE UNABUSIVE WAYS, BUT MERELY DOING SO OFTEN?! If a

person is allowed to criticize the government, and elects to do so through Youtube videos, is he abusing his right to criticize the government simply because he makes over 100 otherwise unabusive videos per year?! Is a person "abusing" his right to privacy when he constantly invokes it even when it seems paranoid to others?! Does a habitual criminal "abuse" his right to counsel or a jury trial just because he *always* demands those rights in every case he's in?!

10. For this reason, Plaintiff moves the Court to vacate the judgment in this case, re-open the case, and subsequently hand the case over to a federal judge and magistrate judge who does not have an animus toward Plaintiff. Erin Setser does not appear to have such an animus against Plaintiff, so take that suggestion for what you will, and Jimm Larry Hendren seems to have a bias *in favor of* the University of Arkansas, but not a bias *against* Plaintiff, so he may be a decent judge whenever he does not have a bias in favor of whoever Defendant is suing.

11. Plaintiff also asks that Marchewski and Holmes (assuming he also feels the frustration that Marchewski does with Plaintiff's frequent exercise of his rights) never again preside over Plaintiff's cases... ever.

12. This motion is timely filed, pursuant to Ark. R. Civ. P. 60(c)(1), because it is filed less than one year after the entry of judgment in this case.

13. So requested this 1st day of July, 2013.

*David Stebbins* (signature)
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
APT D
Harrison, AR 72601

U.S. Dis
35 E, /
Room S
Fayettev