IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                   PLAINTIFF

VS.                              NO. 3:11-CV- 03078-PKH

HARP & ASSOCIATES REAL ESTATE SERVICES                                    DEFENDANT

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SET ASIDE
JUDGMENT AND DISQUALIFY JUDGE**

Defendant Harp & Associates LLC (incorrectly sued as "Harp & Associates Real Estate Services"), by and through its attorneys, Wright, Lindsey & Jennings LLP, for its response to plaintiff David Stebbins' motion to set aside judgment and disqualify judge (the "Motion"), states:

1. Defendant denies that Judge Marschewski has or at any time had an "animus" against Plaintiff as alleged in the Motion.

2. In the two report and recommendations referenced by Plaintiff in the Motion, Judge Marschewski denies Plaintiff's request to proceed *in forma pauperis* based on the sheer number of Plaintiff's filed cases and the clear policy of the Supreme Court to discourage "abusive" voluminous filings. Judge Marschewski does not state any dislike, enmity, or prejudice toward Plaintiff in the referenced report and recommendations. Rather, the filings simply set forth facts regarding Plaintiff's habitual filings and offer recommendations as to whether he should be able to continue such behavior *in forma pauperis*.

3.     Not only do the report and recommendations not state an "animus" toward plaintiff, they similarly don't apply to the decision in this case.  The report and recommendations to which Plaintiff is referring pertained exclusively to whether Plaintiff could proceed *in forma pauperis*.  Those rulings have no effect on the recommendations made by Judge Marschewski or Judge P.K. Holmes, III's subsequent order granting Harp's motion to dismiss.

4.     Additionally, in the order granting Harp's motion to dismiss, which Plaintiff is now seeking to set aside, Judge P.K. Holmes, III not only adopted the report and recommendation of Judge Marschewski but also set forth additional reasons as to why the complaint should be dismissed based on the Rooker-Feldman doctrine.  Further, Plaintiff does not allege that Judge Holmes' decision was premised on any "animus" held against Plaintiff.

5.     There is nothing in either the report and recommendation or the order dismissing Plaintiff's complaint that would indicate that the excessive number of lawsuits filed by Plaintiff played any factor in the judges' decisions.

6.     Moreover, the Motion is untimely and unnecessary in light of Plaintiff's pending appeal of the District Court's decision to dismiss the case. Plaintiff alleges in the appeal that the Rooker-Feldman doctrine does not bar his suit because (i) "there is no statute prohibiting a state court form issuing a writ of possession if there is a violation of federal law," and (ii) "Congress has specifically authorized federal review of state laws in the case of housing discrimination."

Plaintiff cannot simultaneously appeal the decision of the District Court and request that the District Court set aside its ruling.

WHEREFORE, for the grounds stated herein, Harp prays that the motion to set aside judgment and disqualify judge be denied and for all other proper relief.

                                      Respectfully submitted,

                                      WRIGHT, LINDSEY & JENNINGS LLP
                                      200 West Capitol Avenue, Suite 2300
                                      Little Rock, Arkansas 72201-3699
                                      (501) 371-0808
                                      FAX: (501) 376-9442
                                      E-MAIL:   elowther@wlj.com
                                                        sjewell@wlj.com

                                      By  */s/ Seth R. Jewell*
                                              Edwin L. Lowther, Jr. (81107)
                                              Seth R. Jewell (2011175)
                                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

On July 5, 2013, a copy of the foregoing was served by First Class U.S. Mail and by email on the following:

    David Stebbins
    123 W. Ridge, Apt. D
    Harrison, AR 72601
    stebbinsd@yahoo.com

                                            */s/ Seth R. Jewell*
                                            Seth R. Jewell