U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 16 2013

CHRIS R. JOHNSON, Clerk
BY
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                               CASE NO. 11-3078

HARP & ASSOCIATES, LLC                                    DEFENDANT

## MOTION TO AMEND COMPLAINT AND RELIEF OF JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to amend his complaint in the above-styled action, and for relief of the judgment in question under Fed. R. Civ. P. 60(b)(1).

### Background

1. The 8th Circuit Court of Appeals has determined that the Rooker-Feldman Doctrine does not bar this Court's subject-matter jurisdiction.

2. However, they nonetheless affirmed the decision of the District Court to dismiss the action, stating that the filing of the wrongful detainer lawsuit – which they presumed to be the adverse action Plaintiff was suing over – was done because Plaintiff remained in his apartment unit after the Defendants had chosen to not renew the lease.

3. Apparently, the 8th Circuit has made a finding that Plaintiff did not plead that the decision to not renew the action was discriminatory. They apparently instead made a finding that Plaintiff plead that the unlawful detainer action – and only the unlawful detainer action – was discriminatory.

### Argument and Law

4. This Court has the authority to set aside judgment for, among other things, "mistake, inadvertence, surprise, or excusable neglect." See Fed. R. Civ. P. 60(b)(1).

5. Plaintiff never intended for his Complaint to be construed so narrowly as to only

complain about the unlawful detainer suit filed by Defendants against him. However, the federal judiciary has taken notice that, sometimes, pro se Plaintiffs may not always plead their lawsuits in an ideal manner, and it is public policy that reasonable leniency should be afforded *pro se* litigants when such a hiccup occurs. See *Haines v. Kerner*, 404 U.S. 519 (1972).

6.  Because Plaintiff is *pro se*, the mere fact that his Complaint was inartfully pleaded should count as "excusable neglect" under the *Haines* precedent.

7.  This motions is being timely filed under Fed. R. Civ. P. 60(c)(1), as the judgment in this case was entered on January 2, 2013; this motion is being filed well within the one-year time limit to file a motion under Rule 60.

## Relief Requested

8.  Because the Appellate Court determined that this Court erred in dismissing this claim because of the Rooker-Feldman Doctrine, and that the only problem was a deficiency in Plaintiff's *pro se* pleading, Plaintiff seeks the following relief:

    (a) The judgment in this case be vacated.

    (b) This case be reopened.

    (c) That Plaintiff be allowed to amend his Complaint so that all adverse actions – including the initial attempt to terminate Plaintiff's lease, their decision to not renew Plaintiff's lease, as well as the unlawful detainer action – are unambiguously and unequivocally complained about, and relief sought for those actions.

    (d) That this motion be allowed to stand in as the amended complaint, pursuant to AR Local Rule 5.5(e) ("The requirements for amending pleadings set forth in this subsection of Rule 5.5 shall not apply to parties proceeding *pro se*").

    (e) That the amended pleading relate back to the date of the original pleading (for the

sake of this new pleading not being barred by the statute of limitations), pursuant to Fed. R. Civ. P. 15(c).

9.   Wherefore, premises considered, Plaintiff requests that this relief be granted. So requested on this 12th day of September, 2013.

*David Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                     PLAINTIFF

VS.                             CASE NO. 12-3022

BOONE COUNTY, AR                                   DEFENDANTS

### CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, do hereby certify that the following documents …

- Limited Medical Authorization (subject to the conditions contained in the enclosed Motion for Protective Order).

- Second Set of Discovery Requests

- Explanation for Second Set of Discovery Requests

… were all served on the Defense Counsel by mailing copies thereof to 6315 Ranch Dr., Little Rock, AR 72223 on the 12th day of September, 2013.

*(signature)*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
Apt D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

