# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1262

David Anthony Stebbins

Appellant

v.

Harp & Associates, LLC, also known as Harp & Associates Real Estate Services

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03078-PKH)

_____

## MANDATE

In accordance with the opinion and judgment of 08/15/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 18, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit