IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                PLAINTIFF

     v.                       Civil No. 11-3078

HARP & ASSOCIATES LLC                               DEFENDANT

## **ORDER**

Plaintiff has filed a motion to amend (Doc. 56). The motion is denied. This case is closed.

IT IS SO ORDERED this 29th day of October 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)