Dictionary   Thesaurus   Word Dynamo   Quotes   Reference   Translator   Spanish          Log In   Sign Up   Premium

**shall**

drunk    must    **shall**                                                                  My Synonyms (0)

# shall

see definition of shall                                  show   all

verb **be going to**

Relevance        A-Z    Complexity                      Length

**6** Synonyms found for shall

**Synonyms for shall**                        Common    Informal

verb **be going to**

**Word Origin & History**

| | | |
|---|---|---|
| be about to | intend | want to |
| be obliged | must | will |

shall O.E. sceal "I owe/he owes, will have to, ought to, must" (infinitive sculan, pt. sceolde), a common Gmc. preterite-present verb, from P.Gmc. *skal-, *skul- (cf. O.S. sculan, O.N., Swed. skola, M.Du. sullen, O.H.G. solan, Ger. sollen, Goth. skulan "to owe, be under obligation;" related via past tense form to O.E. scyld "guilt," Ger. Schuld "guilt, debt;" also O.N. Skuld, name of one of the Norns). Ground sense probably is "I owe," hence "I ought." The sense shifted in M.E. from a notion of "obligation" to include "futurity." Its past tense form has become should (q.v.). Cognates outside Gmc. ...

**Usage Notes**

The traditional rule of usage guides dates from the 17th century and says that to denote future time SHALL is used in the first person (*I* **shall** leave. We **shall** go) and WILL in all other persons (*You* will be there, won't you? He will drive us to the airport. They will not be at the meeting). The rule continues that to express determination, WILL is used in the first person (*We* will win the battle) and SHALL in the other two persons (*You* **shall** not bully us. They **shall** not pass). Whether this rule was ever widely observed is doubtful. Today, WILL is used overwhelmingly in all three persons and in all types of speech and writing both for the simple future and to express determination. SHALL has some use in all persons, chiefly in formal writing or speaking, to express determination: I **shall** return. We **shall** overcome. SHALL also occurs in the language of laws and directives: All visitors **shall** observe posted regulations. Most educated native users of American English do not follow the textbook rule in making a choice between SHALL and WILL. See also should.

**Example Sentences for shall**

All nominations and applications **shall** be confidential.

To those languages that hath, in other words, **shall** be given.

No paper or other materials **shall** be derived from high conservation value forests or other illegal sources.

We **shall** see if air temperatures correspond in the next couple of years.

**More words related to shall**

**may**
verb. concede possibility

| | | | |
|---|---|---|---|
| be going to | shall | should | will |

Roget's 21st Century Thesaurus, Third Edition Copyright © 2013 by the Philip Lief Group.
Cite This Source

**Browse Dictionary**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z      Specialized Dictionaries:  Medical  Abbreviations  Cultural  Science  Slang

About   PRIVACY POLICY   Terms   Careers   Advertise with Us   Contact Us   Suggest a Word   Help

our Sites

Dictionary.com
Thesaurus.com
Reference.com
Translator
Word Dynamo
Quotes
Dictionary.com Spanish

*Exh. A*

Copyright © 2013
Dictionary.com, LLC.

All rights reserved.

*our* Apps

Dictionary.com iOS
Thesaurus Rex iOS
Word Dynamo iOS
Flashcards
GRE
SAT
Agent X
Miss Spell's Class

Dictionary.com
Flashcards
Miss Spell's Class

& More

Dictionary.com Windows Phone
Dictionary.com Windows 8 App
Dictionary.com Blackberry
Dictionary.com Nook

Extensions & Toolbars

Dictionary.com Toolbar
Dictionary.com Chrome Extension
Dictionary.com Firefox Extension

*follow* Dictionary.com

Facebook       YouTube

Twitter        RSS Feed

Google+        Pinterest

*follow* Thesaurus.com

Google+